UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY A. DUDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Docket No. 06 CV 6775 |
| MEXICANA AIRLINES and L3 ) | Judge Hibbler |
| COMMUNICATIONS GOVERNMENT ) | Magistrate Judge Keys |
| SERVICES, INC., d/b/a L3 COMMUNICATIONS, ) | |
| GSI, ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

The attorneys for Plaintiff, Mary A. Dudley and Defendants, Mexicana Airlines and L3 Communications Government Services, Inc., dba L3 Communications, GSI, in the above-captioned action hereby agree to dismiss this action in its entirety with prejudice, all matters between them having been settled, each party to bear its own costs. The parties further request this Court to enter an order dismissing this matter with prejudice pursuant to this Stipulation.

Respectfully Submitted,

MEXICANA AIRLINES                                       MARY A. DUDLEY

By:__s/Alan L. Farkas _____           By: _____ s/Paul Caghan _____
One of Its Attorneys

MADSEN, FARKAS & POWEN, L.L.C.                Paul Caghan, P.C.
20 South Clark Street, Suite 1050                      P.O. Box 7949
Chicago, Illinois 60603                                       Chicago, IL 60680-7949
(312) 379-3444                                                    (312) 251-1101
        - and-
Michael J. Holland
CONDON & FORSYTH, LLP
7 Times Square
New York, NY 10036

**EXHIBIT "A"**

Page 1 of 2

(212) 490-9100


L3 COMMUNICATIONS GOVERNMENT
SERVICES, INC., d/b/a L3 COMMUNICATIONS, GSI,


By: \_\_\_\_\_ Terese Marie Connolly_____
One of Its Attorneys

Littler Mendelson, P.C.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
(312) 372-5520